# UNITED STATES DISTRICT COURT
### for the
### Southern District of Illinois

SCANNED AT MENARD and E-mailed
3-17-20 by PS   12 pages
date   initials   No.

Christopher J. Howard

_____

_____

_____

*Plaintiff(s)/Petitioner(s)*

v.

St. Clair County, Illinois

_____

_____

_____

*Defendant(s)/Respondent(s)*

Case Number: 20-283-JPG

*(Clerk's Office will provide)*

☐ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)

☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)

☑ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C. §§1346, 2671-2680, or other law

## I. JURISDICTION

**Plaintiff:**

A. Plaintiff's mailing address, register number, and present place of confinement.

Register No. B86767
Menard Correctional Center
P.O. Box 1000
Menard, Illinois 62259

**Defendant #1:**

B. Defendant **St. Clair County, Illinois** is employed as
   (a)   (Name of First Defendant)

**St. Clair County, Illinois**
   (b)   (Position/Title)

with **10 Public Square**
   (c)   (Employer's Name and Address)

**Belleville, Illinois 62221**

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?  ☑ Yes   ☐ No

If your answer is YES, briefly explain: Local government

Rev. 10/3/19

1 of 12

**Defendant #2:**

C.  Defendant **None** is employed as

(Name of Second Defendant)

**N/A**
(Position/Title)

with **N/A**
(Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☐ Yes   ☑ No

If you answer is YES, briefly explain: **N/A**

**Additional Defendant(s) (if any):** **None**

D.  Using the outline set forth above, identify any additional Defendant(s).

**N/A**

1. Parties to previous lawsuits.
   Plaintiffs: Christopher J. Howard.
   Defendant: Donald A. Hulick.

2. Court (if federal court, name of the district, if state court, name of the county): United States District Court Southern District Of Illinois.

3. Docket Number: 11-cv-244-DRH-SCW.

4. Name of judge to whom case was assigned: Steven C. Williams.

5. Type of case: Habeas corpus.

6. Disposition of case: The case was dismissed with prejudice for procedural default.

7. Approximate date of filing lawsuit: March 30, 2011.

8. Approximate date of disposition: July 21, 2011.

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike"? No.

1 of 3
3 of 12

1. Parties to previous lawsuits.
   Plaintiff(s): Christopher J. Howard
   Defendants: Jacqueline Lashbrook

2. Court (if federal court, name of the district, if state court, name of the county): United States District Court Southern District Of Illinois.

3. Docket Number: 17-cv-01224-DRH

4. Name of judge to whom case was assigned: David R. Herndon U.S. District Judge.

5. Type of case: Habeas corpus.

6. Disposition of case: Case was dismissed without prejudice for lack of jurisdiction.

7. Approximate date of filing lawsuit: Unknown.

8. Approximate date of disposition: December 18, 2017.

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike"? No.

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☑Yes ☐No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1. Parties to previous lawsuits:
   Plaintiff(s): Christopher J. Howard

   Defendant(s): Donald A. Hulick, et al.

2. Court (if federal court, name of the district; if state court, name of the county): United States District Court Southern District of Illinois

3. Docket number: 09-cv-01025-DRH

4. Name of Judge to whom case was assigned: David R. Herndon

5. Type of case (for example: Was it a habeas corpus or civil rights action?): Habeas Corpus

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): The case was dismissed without prejudice for lack of jurisdiction.

Rev. 10/3/19

5 of 12

7. Approximate date of filing lawsuit: December 10, 2009.

8. Approximate date of disposition: June 15, 2010.

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

   No.

III. **GRIEVANCE PROCEDURE**

A. Is there a prisoner grievance procedure in the institution? ☑ Yes  ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?  ☑ Yes  ☐ No

C. If your answer is YES,
   1. What steps did you take? Mr. Howard stated the facts of this complaint on a grievance form and placed the grievance in the grievance box via the institutional mail.
   2. What was the result? At this time, Mr. Howard has not received the grievance back. Nor has Mr. Howard received a response.

D. If your answer is NO, explain why not.
   N/A

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?  ☐ Yes  ☑ No

F. If your answer is YES,
   1. What steps did you take? N/A

Rev. 10/3/19

6 of 12

2. What was the result? N/A

G. If your answer is NO, explain why not. Mr. Howard use the grievance procedure.

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

Mr. Howard has not received a response to the grievance. Nor has Mr. Howard received the grievance back.

IV. **STATEMENT OF CLAIM**

    A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

On Monday, June 30, 2008 at the St. Clair County Court Building, 10 Public Square, Belleville, Illinois 62221, St. Clair County set a $1,000,000 bond without any charge being brought against Mr. Howard.

Nor was Mr. Howard given a prompt preliminary hearing to establish probable cause. Exhibit A (Order, June 30, 2008). Exhibit B (Motion, June 30, 2008).

V. **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

Mr. Howard ask that the United States District Court Southern District Of Illinois enter a judgment of $41,000,000 for the excessive bail imposed on Mr. Howard by St. Clair County, Illinois. Exhibit A.

VI. **JURY DEMAND** (check one box below)

The plaintiff ☑ does ☐ does not request a trial by jury.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 3/16/2020 (date)

Street Address: Menard Correctional Center, P.O. Box 1000

City, State, Zip: Menard, Illinois 62259

Signature of Plaintiff: Christopher J. Howard

Printed Name: Christopher J. Howard

Prisoner Register Number: B-86767

Signature of Attorney (if any)

State of Illinois
IN THE TWENTIETH JUDICIAL CIRCUIT, ST. CLAIR COUNTY, BELLEVILLE, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS,

NO. 08CF881

VS.

Christopher Howard
DEFENDANT

CHARGE _____

## ORDER

- [x] Defendant Arraigned:
- [ ] Misdemeanor
- [x] Complaint
- [x] Defendant's 1st Appearance
- [x] Felony
- [ ] Indictment
- [x] Defendant enters:
- [x] Plea of Not Guilty
- [ ] Information
- [x] Public Defender Appointed.
- [ ] Plea of Guilty
- [ ] Defendant indicates private counsel _____

- [ ] Present     - [ ] Not Present
- [x] Defendant's Bond: $1,000,000 (10% applies unless otherwise stated)
- [ ] Bond Posted    - [ ] Cash    - [ ] Recognizance    - [ ] Real Estate

FILED
ST. CLAIR COUNTY
JUN 30 2008
CIRCUIT CLERK

- [ ] IT IS HEREBY ORDERED that the defendant be released from custody on this charge having posted bond, $_____ unless he/she is being held for some other reason not known to this court.

- [x] Defendant unable to Post Bond.

- [x] IT IS HEREBY ORDERED that the defendant be remanded to the custody of the Sheriff of St. Clair County to be held until discharge by due process of law

- [x] Disposition: Appear when notified

Court Reporter _____

Date: 6-30-08

JUDGE Kelley

White-Circuit Clerk; Green-Jail; Canary-State's Attorney; Pink-Defense Attorney; Goldenrod-Defendant

M.O.W Printing, Inc.

Code 15

C 39

Exhibit A

10 of 12

# IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT

## ST. CLAIR COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS

VS.

Christopher J Howard

Case No. 08CF881

Charge _____

## MOTION

Now comes __Deft._____, being first duly sworn on oath deposes and says:

1. That he (or she) is a citizen of the United States of America, totally without sufficient money, funds or means to employ private counsel.

2. That he (or she) is a poor person within the meaning of the statutes.

_____
Affiant

Subscribed and sworn to before me this __30__ day of __June__, 20__08__.

_____
B. Hill
Deputy Clerk

## ORDER

FILED
ST. CLAIR COUNTY
JUN 30 2008
CIRCUIT CLERK

Upon examination of the defendant in the above entitled cause, the Court does find that the defendant is an indigent person without means to employ private counsel.

IT IS THEREFORE ORDERED BY THE COURT THAT THE PUBLIC DEFENDER be appointed to represent the defendant in the above entitled cause.

_____
JUDGE

White-Circuit Clerk; Yellow-State's Attorney; Pink-Defendant Attorney; Goldenrod-Defendant   Record Printing & Publishing • Millstadt, IL

C 40

Exhibit B

1. Parties to previous lawsuits:
   Plaintiff(s): Christopher J. Howard
   Defendant(s): Kimberly Butler

2. Court (if federal court, Name of the district, if state court, Name of the county): Circuit Court Twentieth Judicial Circuit, St. Clair County, Illinois.

3. Docket Number: 16-MR-195.

4. Name of judge to whom case was assigned: Unknown.

5. Type of case: Civil Action

6. Disposition of case: The case was dismissed with prejudice.

7. Approximate date of filing lawsuit: Unknown.

8. Approximate date of diposition: Unknown.

9. Was the case dismissed as being frivilous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike"? No.



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS**
prisoner.esl@ilsd.uscourts.gov

**ELECTRONIC FILING COVER SHEET** _3-17-20_

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

**Name:** Howard          **ID Number:** B86767

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?    **(Yes)** or No

   If this is a habeas case, please circle the related statute:   28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?    Yes or **(No)**

   If yes, please list case number: _N/A_

   If yes, but you do not know the case number mark here:

3. Should this document be filed in a pending case?    Yes or **(No)**

   If yes, please list case number: _N/A_

   If yes, but you do not know the case number mark here:

4. Please list the total number of pages being transmitted: _12_

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| — Complaint | 9 |
| — Exhibits | 3 |
|  |  |
|  |  |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.